UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————x

MICHAEL GOLDEMBERG, on behalf of himself and all : 
others similarly situated :

                   Plaintiff,

            - against -

JOHNSON & JOHNSON CONSUMER COMPANIES, INC., :

            Defendant.

       No. 13 Civ. 3073 (NSR)

       **NOTICE OF MOTION**

————————————————————————————————x

      Please take notice that, upon the accompanying memorandum of law, declaration

of Harold P. Weinberger dated August 28, 2013 and the exhibits annexed thereto, and all other

papers and proceedings in this action, defendant Johnson & Johnson Consumer Companies, Inc.,

by its undersigned counsel, will move this Court, before the Honorable Nelson Stephen Román,

United States District Judge, at the The Hon. Charles L. Brieant Jr. Federal Building and

Courthouse, 300 Quarropas Street, White Plains, NY 10601, on a date and at a time to be

determined by the Court, for entry of an order dismissing plaintiff's Complaint pursuant to Rules

12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice, and awarding

defendant such other and further relief as the Court deems just and proper.

KL3 2935189.1

- 2 -

Dated: August 28, 2013

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
     Harold P. Weinberger
     Eileen M. Patt
     Rachel Feinberg
     1177 Avenue of the Americas
     New York, New York 10036
     Tel.:  (212) 715-9100
     Fax:  (212) 715-8000
     epatt@kramerlevin.com

*Attorneys for defendant*
*Johnson & Johnson Consumer Companies, Inc.*

To:     Kim E. Richman
     Reese Richman LLP
     875 Avenue of the Americas, 18th Floor
     New York, New York 10001
     (212) 643-0500

     Todd S. Garber, Esq.
     Meiselman, Packman, Nealon, Scialabba & Baker PC
     1311 Mamaroneck Avenue
     White Plains, NY 10605
     (914) 517-5000

*Attorneys for Plaintiff*

KL3 2935189.1