UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GOLDEMBERG, ANNIE LE, and HOWARD PETLACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Defendant. | Case No. 7:13-cv-03073-NSR-LMS<br><br>**NOTICE OF MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD PAYMENTS** |

**PLEASE TAKE NOTICE** that on October 27, 2017, at 10:00 a.m., Plaintiffs in the above captioned matter will move for attorneys' fees, expenses, and service award payments. In support of this motion, Plaintiffs will submit a memorandum of law and the Declarations of Todd S. Garber, Kim E. Richman, P. Timothy Howard, and Notice Administrator Steven Weisbrot.

Date: October 13, 2017

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

*/s/ Todd S. Garber*
Todd S. Garber
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
Telephone: (914) 298-3283
tgarber@fbfglaw.com

Kim E. Richman
**THE RICHMAN LAW GROUP**
195 Plymouth Street
Brooklyn, New York 11201
Telephone: (212) 687-8291
krichman@richmanlawgroup.com

*Counsel for Plaintiffs and the Settlement Class*

{00287916 }