# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL GOLDEMBERG, ANNIE LE, )
and HOWARD PETLACK, on behalf of )
themselves and all others similarly )
situated, )
)
    Plaintiffs, )   Case No.: 7:13-cv-03073-NSR
)
    v. )
)
JOHNSON & JOHNSON CONSUMER )
COMPANIES, INC., )
)
    Defendant. )

## NOTICE OF APPEAL

PAMELA A. SWEENEY, PRO SE
2672 Mutchler Road
Madison, WI 53711
Phone: 424-488-4383
Email: pam.sweeney1@gmail.com



Notice is hereby given that Class Member/Objector Pamela Sweeney, Pro Se ("Member/Objector") appeals to the United States Court of Appeals for the Second Circuit from that certain Order and Judgment (Docket #132) entered on November 1, 2017.

Member/Objector also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Member/Objector or the objection filed by this Member/Objector, including any entered or signed subsequent to this notice of appeal.

Dated: November 15, 2017

Respectfully Submitted,

*Pamela Sweeney* Pro SE
Pamela Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, WI 53716
Phone: (424)-488-4383
Fax: (561) 395-9390
Email: pam.sweeney1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 15, 2017, I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via First Class U.S. Mail to the Clerk of Courts of the United States District Court for the Southern District of New York at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case.

I further certify that I caused to be mailed via electronic mail, this Notice of Appeal, to the parties listed for notice in the Legal Notice of Settlement in this action.

*Pamela A. Sweeney*
Pamela A. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: 424-299-4383.
Email: pam.sweeney1@gmail.com

Pamela Sweeney
2672 Mutchler Rd.
Madison, WI 53711

RECEIVED NOV 27 2017 U.S.D.C. W.P.

Clerk of Court
U.S.D.C. Southern
New York
300 Quarropas St.
White Plains, N.Y. 10601