# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GOLDEMBERG, ANNIE LE, and HOWARD PETLACK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC.<br><br>Defendant. | Case No. 7:13-cv-03073-NSR-LMS<br><br>**NOTICE OF APPEAL**<br>**(Corrected)** |

Class member and objector, Ashley Hammack, appeals the Order and Judgment [D.E. 132] entered on November 1, 2017.

Dated: November 30, 2017
       Hialeah, Florida

                      Respectfully Submitted,

By:   /s/ Stephen Field
       Stephen D'Oench Field, Esq.
       Email: steve@field-law.com
       Florida Bar No. 554111
       STEPHEN D. FIELD, P.A.
       102 East 49th Street
       Hialeah, FL 33013
       Tel: (305) 698-3421
       Direct Line: (305) 798-1335
       Fax: (305) 698-1930

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November 2017, the original of this (CORRECTED) NOTICE OF APPEAL was filed with the Court and copies were served to all counsel of records via CM/ECF.

By: /s/ Stephen Field
Stephen D. Field