IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL GOLDEMBERG, ANNIE LE,)
and HOWARD PETLACK, on behalf of )
themselves and all others similarly )
situated, )
)
    ) Case No.: 7:13-cv-03073-NSR
  Plaintiffs, )
)
  v. )
)
JOHNSON & JOHNSON CONSUMER )
COMPANIES, INC., )
)
  Defendant. )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/17

### APPELLLANT'S MOTION FOR EXTENSION OF TIME TO PAY APPELLANT FILING FEE

**COMES, NOW,** PAMELA SWEENEY, PRO SE, OBJECTOR/APPELLANT ("Appellant") and hereby moves this Honorable Court to grant Appellant's Motion for Extension of time to Pay Appellant Filing Fee ("Motion") and in support thereof states as follows:

1. Appellant is appealing this case and is appearing Pro Se.
2. Appellant is not currently employed.
3. Appellant cannot pay the Appellant Filing Fee until December 30, 2017.
4. Appellant moves that she be given until December 30, 2017 to pay the Appellant filing Fee.

**NOW, THEREFORE,** Appellant hereby requests this Honorable Court to grant this Motion

Dated: December 4, 2017                Respectfully submitted,

*Pamela A. Sweeney*
Pamela A. Sweeney
~~2590 Richardson Street~~ 2672 Mutchler Road
Madison, WI 537
Phone: (424)-488-4383
Email: pam.sweeney1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 4, 2017, I caused to be filed this Motion by mailing a copy of this Motion via First Class U.S. Mail to the Clerk of Courts of the United States District Court for the Southern District of New York at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Motion in the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case.

In addition, I further certify that I caused to be mailed via electronic mail, this Motion, to the parties listed for notice in the Legal Notice of Settlement in this action.

*Pamela A. Sweeney*
Pamela A. Sweeney, Pro Se
2672 Mutchler Road
Madison, WI 53711
Phone: 424-299-4383.
Email: pam.sweeney1@gmail.com

SWEENEY
2672 MUTCHLER RD
MADISON, WI 53711



RECEIVED
DEC 13 2017
U.S.D.C.
W.P.

CLERK OF COURTS
U.S.D.C. - SOUTHERN NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, N.Y. 10601



MILWAUKEE WI 532
09 DEC 2017 PM 1 L

10601-415099