Docket in case # 13 CV/ER 3073
As: Letter
Date: 12/20/2017

# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

Andrew G. Finkelstein, P.C. (NY & NJ) *   George A. Kohl, II (NY & MA)   Elizabeth A. Wolff (NY & MA)   Antonio S. Grillo (NY & NJ   Robin N. D'Amore (NY)
D. Greg Blankinship (NY & MA)   Andrew L. Spitz (NY)   Christina Khalil-Borna Clemens (NY & CA)   Narina Galoyan (NY)   Nicole Murphy (NY)
Jeremiah Frei-Pearson (NY)   Elyssa M. Fried-DeRosa (NY)   Brian D. Acard (NY)   Jonathan Minkove (NJ & MD)   Rodrigo Arcuri (NY)
Todd S. Garber (NY & CT)   James W. Shuttleworth, III (NY)   Vincent J. Pastore (NY & NJ)   Levi Glick (NY & NJ)   Kevin D. Burgess (NY)
  David E. Gross (NY & NJ) *   Amber L. Camio (NY)   Vincent J. Rossillo (NY)   Yola Ghaleb (NY)
Bradley Silverman (NY)   Mary Ellen Wright, R.N. (NY) *   Christopher R. Camastro (NY & NJ)   Pamela Thomas (NY & CT)   Robert Seidner (NY)
Antonino B. Roman (NY)   KennethB. Fromson (NY,NJ&PA)*   Jeffrey Brody (NY)   Donald A. Crouch (NY & CT)   Charlemagne Yawn (NY)
John Sardesai-Grant (NY)   Nancy Y. Morgan (NY, NJ & PA)   Cynthia M. Maurer (NY & NJ)   Karen O'Brien (NY)   Marvin Anderman, P.C. (NY)
Andrew White (NY)   Lawrence D. Lissauer (NY)   Michael Feldman (NY & NJ)   David Stauber (NY)   Frank R. Massaro (NY)
Chantal Khalil (NY)   Victoria Lieb Lightcap (NY & MA) *   Raye D. Futerfas (NJ)   Jennifer Safier (NY & NJ)   Kenneth G. Bartlett (CT & NJ)
*Of Counsel*   Ann R. Johnson (NY & CT)   Linda Armatti-Epstein (NY)   Thomas P. Welch (NY)
Duncan W. Clark (NY)   Marshall P. Richer (NY)   David Akerib (NY)   Annie Ma (NY & NJ)
George M. Levy (NY)   Edward M. Steves (NY)   Frances M. Bova, R.N. (NY & NJ)   Howard S. Lipman (NY)
Robert J. Camera (NY & NJ)   Kara L. Campbell (NY, NJ, CT)   Gustavo W. Alzugaray (NY)   Noreen Tuller, R.N. (NY)
Joseph P. Rones (NY)   Marie M. DuSault (NY)   Sharon A. Scanlan (NY & CT)   Cristina L. Dufay (NY & NJ)
Ronald Rosenkranz (NY) *   Melody A. Gregory (NY & CT)   Marc S. Becker (NY)   Justin M. Cinnamon (NY & CT) * The Neurolaw Trial Group

December 20, 2017

**VIA FAX**

The Honorable Nelson S. Román
The Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re: *Goldemberg et al., v. Johnson & Johnson Consumer Companies, Inc.*,
        <u>No. 13-cv-03073-NRS-LMS</u>

Dear Judge Román:

    We are Class Counsel in the above matter. On December 11, 2017 we submitted a letter to the Court via fax pursuant to your Individual Practices requesting a pre-motion conference seeking leave to move for an appeal bond (the "Appeal Bond Letter") from Objectors Pamela Sweeney and Ashley Hammack (the "Objectors"). That same day, we served the Appeal Bond Letter on Ms. Hammack's counsel, Stephen D. Field, via e-mail, and on Ms. Sweeney, who is proceeding *pro se*, via both e-mail and UPS Next Day Air Delivery. Pursuant to your Individual Rules Rule 3.A.ii., the Objectors' oppositions were due on December 18, 2017. The Objectors have failed to file or serve any opposition to Plaintiffs' Appeal Bond Letter.

    There being no response to their request for an appeal bond, Plaintiffs respectfully request that this Court issue an Order requiring each of the Objectors to post an appeal bond for $45,000. *See Tardibuono-Quigley v. HSBC Mortgage Corp. (USA)*, No. 15-6940 (S.D.N.Y. Sept. 26, 2017), ECF No. 91 (granting motion after defendant failed to respond to plaintiff's pre-motion conference letter requesting leave to file motion).

{00289401 }    Newburgh · Albany · Binghamton · Kingston · Middletown · Newark · Port Ervis · Poughkeepsie · Spring Valley
Syracuse · White Plains

1279 ROUTE 300, PO BOX 1111    Phone: (914) 298-3281    Fax: (845) 562-3492    445 HAMILTON AVE, SUITE 605
NEWBURGH, NY 12551      WHITE PLAINS, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

Respectfully submitted,

*[signature]*

Todd S. Garber

cc: Counsel of Record by email & *pro se* Objector by UPS