**MANDATE**

N.Y.S.D. Case #
13-cv-3073(NSR)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand and eighteen.

Michael Goldemberg, on behalf of themselves and all other similarly situated, Annie Le, on behalf of herself and all others similarly situated, Howard Petlack, on behalf of himself and all others similarly situated,

    Plaintiffs - Appellees,

v.

Johnson & Johnson Consumer Companies, Inc.,

    Defendant - Appellee,

v.

Ashley Hammack, Pamela A. Sweeney,

    Appellants.

**ORDER**

Docket Nos. 17-3873(L), 17-3875(Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 23, 2018

    Appellants move for voluntary dismissal of these appeals pursuant to FRAP 42(b).

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/23/2018